Talasi B. Brooks (ISB #9712)
Scott Lake (ISB #10493)
WESTERN WATERSHEDS PROJECT
P.O. Box 2863
Boise, ID 83701
(208) 429-1679
(208) 475-4702 (fax)
tbrooks@westernwatersheds.org
scott@westernwatersheds.org

Attorneys for Plaintiff Western Watersheds Project

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT,<br><br>Defendant. | Case No. 1:18-cv-505-REB<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE** |

Plaintiff Western Watersheds Project and Defendant Bureau of Land Management, by and though their respective counsel, hereby stipulate and agree that the above-captioned action be dismissed, with prejudice, pursuant to simultaneously filed fully executed settlement agreement.

JOINT MOTION TO DISMISS—1

RESPECTFULLY SUBMITTED this 14th day of January 2020.

_____
Talasi B. Brooks (ISB #9712)
WESTERN WATERSHEDS PROJECT

Attorney for Plaintiff

BART M. DAVIS
UNITED STATES ATTORNEY
By:

_____
JOANNE P. RODRIGUEZ
Senior United States Attorney

Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 14, 2020, the foregoing JOINT MOTION TO DISMISS WITH PREJUDICE was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

Joanne P. Rodriguez
Joanne.Rodriguez@usdoj.gov

Talasi B. Brooks
Tbrooks@westernwatersheds.org

Scott Lake
scott@westernwatersheds.org

/s/ Talasi B. Brooks
Talasi B. Brooks
Attorney for Plaintiff