Talasi B. Brooks (ISB #9712)
Scott Lake (ISB #10493)
WESTERN WATERSHEDS PROJECT
P.O. Box 2863
Boise, ID 83701
(208) 336-9077
tbrooks@westernwatersheds.org
scott@westernwatersheds.org

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br><br>   Plaintiff,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT,<br><br>   Defendant. | No. 1:18-cv-505-REB<br><br>**SETTLEMENT AGREEMENT** |

It is hereby stipulated by the undersigned parties and their attorneys that this action be settled, compromised, and dismissed in accordance with the following terms:

1. Plaintiff Western Watersheds Project (WWP) filed the above captioned lawsuit on November 14, 2018, alleging that Defendant Bureau of Land Management (BLM) violated the Freedom of Information Act (FOIA) with respect to requests Nos. 2018-00056 and 2018-00591.

2. BLM produced records responsive to request No. 2018-00056 on February 25, 2019.

3. BLM produced records responsive to request No. 2018-00591 between April 15, 2019 and approximately September 12, 2019.

SETTLEMENT AGREEMENT - 1

4. WWP agrees to accept the records received and other terms of this agreement in satisfaction of these FOIA requests.

5. This Settlement Agreement is not an admission of liability or fault on the part of BLM, its agents, servants, or employees, and it is specifically denied that they are liable to WWP.  This Settlement Agreement is not an admission by WWP regarding the validity of its claims in the underlying litigation.  This settlement is entered into by the parties for the purpose of compromising the disputed claims under FOIA and avoiding the expenses and risks of further litigation.

6. At the time of execution of this Settlement Agreement, the parties agree to file a Joint Motion to Dismiss the above-captioned action with prejudice.  The parties will attach this Agreement to the motion and include its terms as part of the proposed order.

7. BLM agrees to pay WWP $13,939 in full and complete satisfaction of any and all claims arising from the subject matter of this suit, including but not limited to all attorneys' fees and costs incurred by WWP in this action.

8. BLM's payment shall be accomplished by two electronic fund transfers, each for $6,969.50.  WWP's counsel shall provide the appropriate account number and other information needed to facilitate payment to the undersigned BLM's counsel.  BLM agrees to make payment within 60 days after all parties have signed the settlement agreement and WWP has provided an appropriate account number and any other information needed to process payment.  WWP's counsel shall notify BLM's counsel when payment is received.

9. The persons signing this Settlement Agreement warrant and represent that they possess full authority to bind the persons on whose behalf they are signing to the terms of the settlement.

10. This Settlement Agreement shall not affect other FOIA requests not duplicative of the FOIA requests in this case or other FOIA actions initiated by WWP.

11. The parties agree that the Court retains jurisdiction over this Settlement Agreement with respect to the parties' compliance with this Settlement Agreement.

12. This Settlement Agreement constitutes the entire agreement of the parties concerning the rights and obligations discussed herein and subject to dispute in this suit. No other agreement shall govern the rights of the parties with respect to the matters resolved by this Settlement Agreement, except in accordance with the terms herein.

Respectfully submitted this 14th day of January, 2020.

BART M. DAVIS
UNITED STATES ATTORNEY
By:

JOANNE P RODRIGUEZ
Assistant United States Attorney

Attorney for Defendant

/s/ Talasi B. Brooks
Talasi B. Brooks (ISB #9712)
WESTERN WATERSHEDS PROJECT

Attorney for Plaintiff