UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br><br>Plaintiff,<br><br>vs.<br><br>BUREAU OF LAND MANAGEMENT,<br><br>Defendant, | Case No.: 1:18-cv-00505-REB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The parties' Joint Motion to Dismiss With Prejudice (Dkt. 45) and the incorporated Settlement Agreement (Dkt. 45-1), having been presented to the Court, and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action is dismissed with prejudice in its entirety pursuant to the fully executed Settlement Agreement, with the Court retaining jurisdiction to enforce the Settlement Agreement until May 20, 2020, unless otherwise ordered by the Court.

DATED: January 21, 2020

_____
Ronald E. Bush
Chief U.S. Magistrate Judge

**ORDER OF DISMISSAL WITH PREJUDICE - 1**